UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re | ) | Bnk Case No. _____ |
| ADAM LEE LALIM, | ) | Chapter 7 |
| LISA MARIE LALIM, | ) | **DISCLOSURE OF COMPENSATION** |
| aka Lisa Marie Slowinski, | ) | |
| Debtor. | ) | |

    1.    Pursuant to 11 U.S.C. § 329(a), F.R.Bankr.P. 2016(b), and the Court's February 13, 2001 General Order Adopting Standardized Disclosure of Compensation and Supplemental Disclosure of Compensation Forms, I declare that within one year of the filing of the petition herein I have been paid or have agreed to be paid the following compensation for services rendered or to be rendered in contemplation of or in connection with the case.

| | | |
|---|---|---|
| (a) | Legal Fees: | $1,500.00 |
| (b) | Sales Tax, Filing Fee, Other Costs: | + $   430.00 |
| (c) | Total: | = $1,930.00 |
| (d) | I have received: | − $1,409.00 |
| (e) | I am still owed: | = $  521.00 |

    2.    In return for compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

(x)    analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

(x)    preparing and filing the debtor's petition, schedules, and statement of financial affairs;

(x)    representing the debtor at the meeting of creditors; and

( )    other (see attached description).

    3.    If I was paid any portion of the sum in ¶ 1(d) or will be paid any portion of any remaining balance in ¶ 1(e) by anyone other than the debtor, I have attached a list of those persons and the amounts they paid or will pay.

    4.    If I have shared or have agreed to share my fees with anyone who is not a member or an associate of my law firm, I have attached a list of those persons and a copy of any writing memorializing that agreement.

Dated: ___12/20/07_____          */s/ Robert L. Spears*_____
                                                                                              Robert L. Spears
                                                                              Spears Law Office, P.C.
                                                                              P.O. Box 1476
                                                                              Watertown, SD  57071
                                                                              (605) 886-4980