UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re | ) | Bnk Case No. _____ |
| ADAM LEE LALIM, | ) | Chapter 7 |
| LISA MARIE LALIM, | ) | |
| aka Lisa Marie Slowinski, | ) | **EMPLOYEE INCOME RECORDS** |
| Debtor. | ) | |
| | ) | |

    Pursuant to 11 U.S.C. § 521(A)(1)(B)(iv), I/we certify the attached copies are true and correct copies of all payment advices or other evidence of payment I/we received from any employer within 60 days before the date of the filing of the petition.

Dated: ___**12/20/07**_____   ___*/s/ Adam Lee Lalim*_____
                                                      Debtor

                                                     ___*/s/ Lisa Marie Lalim*_____
                                                     Joint Debtor