| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Adam L Lalim, 908 1st Avenue NE, Watertown, SD 57201 | | | | | ***-**-8152 | Married | Fed-0/0/SD-0 |
| | | | | | Pay Period: 10/13/2007 - 10/26/2007 | | Pay Date: 10/26/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 82:30 | 11.50 | 948.75 | 20,056.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -67.00 | -1,354.00 |
| Social Security Employee | -58.82 | -1,243.52 |
| Medicare Employee | -13.75 | -290.82 |
| | -139.57 | -2,888.34 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child support | -178.12 | -2,434.13 |

| Net Pay | 631.06 | 14,734.38 |
|---|---|---|

Message

50¢ per hour wage increase

plus paid for a 40 hr wk week for this week

Northeast Area Appraisals, 3129 North Serenity Drive, Watertown, SD 57201 605-886-5784

4:56 PM
12/07/07

## Northeast Area Appraisals
### Payroll Transaction Detail
October 29 through December 7, 2007

| Date | Num | Type | Source Name | Payroll Item | Wage Base | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | 11804 | Paycheck | Adam L Lalim | Hourly Wages | 0.00 | 870.65 |
| | | | Adam L Lalim | Mileage Reimbursement | 0.00 | 0.00 |
| | | | Adam L Lalim | Child support | 0.00 | -178.12 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Withholding | 870.65 | -56.00 |
| | | | Adam L Lalim | Social Security Company | 870.65 | 53.99 |
| | | | Adam L Lalim | Social Security Company | 870.65 | -53.99 |
| | | | Adam L Lalim | Social Security Employee | 870.65 | -53.99 |
| | | | Adam L Lalim | Medicare Company | 870.65 | 12.63 |
| | | | Adam L Lalim | Medicare Company | 870.65 | -12.63 |
| | | | Adam L Lalim | Medicare Employee | 870.65 | -12.63 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | | | | 569.91 |
| 11/9/2007 | 11805 | Liability Check | Minnesota Child Su... | Child support | | 178.12 |
| | | | | | | 178.12 |
| 11/23/2007 | 11813 | Paycheck | Adam L Lalim | Hourly Wages | 0.00 | 928.63 |
| | | | Adam L Lalim | Mileage Reimbursement | 0.00 | 0.00 |
| | | | Adam L Lalim | Child support | 0.00 | -178.12 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Withholding | 0.00 | -64.00 |
| | | | Adam L Lalim | Social Security Company | 928.63 | 57.57 |
| | | | Adam L Lalim | Social Security Company | 928.63 | -57.57 |
| | | | Adam L Lalim | Social Security Employee | 928.63 | -57.57 |
| | | | Adam L Lalim | Medicare Company | 928.63 | 13.46 |
| | | | Adam L Lalim | Medicare Company | 928.63 | -13.46 |
| | | | Adam L Lalim | Medicare Employee | 928.63 | -13.46 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | | | | 615.48 |
| 11/23/2007 | 11814 | Liability Check | Minnesota Child Su... | Child support | | 178.12 |
| | | | | | | 178.12 |

## Northeast Area Appraisals
## Payroll Transaction Detail
### October 29 through December 7, 2007

| Date | Num | Type | Source Name | Payroll Item | Wage Base | Amount |
|---|---|---|---|---|---|---|
| 12/7/2007 | 11823 | Paycheck | Adam L Lalim | Hourly Wages | 0.00 | 914.25 |
| | | | Adam L Lalim | Mileage Reimbursement | 0.00 | 0.00 |
| | | | Adam L Lalim | Child support | 0.00 | -178.12 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Investment Fee | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Withholding | 914.25 | -61.00 |
| | | | Adam L Lalim | Social Security Company | 914.25 | 56.68 |
| | | | Adam L Lalim | Social Security Company | 914.25 | -56.68 |
| | | | Adam L Lalim | Social Security Employee | 914.25 | -56.68 |
| | | | Adam L Lalim | Medicare Company | 914.25 | 13.26 |
| | | | Adam L Lalim | Medicare Company | 914.25 | -13.26 |
| | | | Adam L Lalim | Medicare Employee | 914.25 | -13.26 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | Federal Unemployment | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | Adam L Lalim | SD - Unemployment Company | 0.00 | 0.00 |
| | | | | | | 605.19 |
| TOTAL | | | | | | 2,146.82 |