| CO. | FILE | DEPT | CLOCK | VCHR NO. | 069 |
|---|---|---|---|---|---|
| 9VN | 003393 | 201420 | FT | 00000430114 | |

# Earnings Statement



PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Period Ending: 10/20/2007
Pay Date: 10/26/2007

00000000114
LISA LALIM
908 1ST AVE NE
WATERTOWN, SD 57201

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    SD: No State Income Tax

Social Security Number: XXX-XX-7439

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0500 | 40.00 | 482.00 | 18,208.88 |
| Overtime | | | | 31.25 |
| Backup Pay | | | | 68.48 |
| Holiday | | | | 276.80 |
| Pto | | | | 461.59 |
| **Gross Pay** | | | **$482.00** | 19,047.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bal Pto | | 0.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -10.24 | 641.12 |
| Social Security Tax | | -21.43 | 1,028.80 |
| Medicare Tax | | -5.02 | 240.61 |
| **Other** | | | |
| Checking | | -270.29 | |
| Dental Family | | -24.50* | 441.00 |
| Disability | | -14.62 | 263.16 |
| Health Family | | -108.00* | 1,944.00 |
| Vision Family | | -3.80* | 68.40 |
| 401K | | -24.10* | 755.30 |
| **Net Pay** | | **$270.29** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $321.60

---

PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Advice number: 00000430114
Pay date: 10/26/2007

**Deposited to the account of**
LISA LALIM

| account number | transit ABA | amount |
|---|---|---|
| 174882 | 0914 0803 | $270.29 |

VOID AFTER 180 DAYS

WELLS FARGO
Wells Fargo Bank, N.A.

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Period Ending: 10/27/2007
Pay Date: 11/02/2007

00000000111
LISA LALIM
908 1ST AVE NE
WATERTOWN, SD 57201

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 1
　SD: No State Income Tax

Social Security Number: XXX-XX-7439

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0500 | 2.00 | 24.10 | 18,232.98 |
| Overtime | | | | 31.25 |
| Backup Pay | | | | 68.48 |
| Holiday | | | | 276.80 |
| Pto | | | | 461.59 |
| **Gross Pay** | | | **$24.10** | 19,071.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bal Pto | | 0.00 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | | 641.12 |
| Social Security Tax | | 1,028.80 |
| Medicare Tax | | 240.61 |
| **Other** | | |
| Health Family | -24.10* | 1,968.10 |
| Dental Family | | 441.00 |
| Disability | | 263.16 |
| Vision Family | | 68.40 |
| 401K | | 755.30 |
| **Net Pay** | | **$0.00** |

* Excluded from federal taxable wages

---

PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Advice number: 00000440111
Pay date: 11/02/2007

**Deposited to the account of**
LISA LALIM

account number　transit ABA　amount

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.
©1998, 2006 ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 069 |
|---|---|---|---|---|---|
| 9VN | 003393 | 201420 | F1 | 00004470117 | 1 |

# Earnings Statement



PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Period Ending: 11/17/2007
Pay Date: 11/23/2007

00000000117
LISA LALIM
908 1ST AVE NE
WATERTOWN, SD 57201

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   SD: No State Income Tax

Social Security Number: XXX-XX-7439

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0500 | 24.00 | 289.20 | 18,522.18 |
| Overtime | | | | 31.25 |
| Backup Pay | | | | 68.48 |
| Holiday | | | | 276.80 |
| Pto | | | | 461.59 |
| **Gross Pay** | | | **$289.20** | 19,360.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bal Pto | | 0.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -2.53 | 1,031.33 |
| Medicare Tax | | -0.59 | 241.20 |
| Federal Income Tax | | | 641.12 |
| **Other** | | | |
| Checking | | -8.50 | |
| Dental Family | | -49.00* | 490.00 |
| Disability | | -14.62 | 277.78 |
| Health Family | | -191.90* | 2,160.00 |
| Vision Family | | -7.60* | 76.00 |
| 401K | | -14.46* | 769.76 |
| **Net Pay** | | **$8.50** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $26.24

---

PERSONA INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

Advice number: 00000470117
Pay date: 11/23/2007

**Deposited to the account of**
LISA LALIM

| | account number | transit ABA | amount |
|---|---|---|---|
| | 174882 | 0914 0803 | $8.50 |

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.