Certificate Number: 02133-SD-CC-002567443

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 24, 2007, at 1:16 o'clock PM CDT,

Adam L. Liam received from

Lutheran Social Services of South Dakota,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of South Dakota, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: September 24, 2007       By       /s/Mary Ann Schroeder  *M Schroeder*

                              Name    Mary Ann Schroeder

                              Title   Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02133-SD-CC-002567428

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 24, 2007, at 1:14 o'clock PM CDT, Lisa M. Lalim received from Lutheran Social Services of South Dakota, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of South Dakota, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: September 24, 2007     By /s/Mary Ann Schroeder *MSchroeder*

Name Mary Ann Schroeder

Title Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).