UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 07-10180 |
| | Chapter 7 |
| ADAM LEE LALIM | |
| and | |
| LISA MARIE LALIM | **MOTION TO LIFT AUTOMATIC STAY** |
| fka LISA MARIE SLOWINSKI | |
| Debtors. | |

U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent, hereby moves this Court, pursuant to Rule 4001 and Rule 9014 of the Bankruptcy Rules, and 11 U.S.C. §362(d) and 11 U.S.C. § 362 (a), so as to permit U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent to pursue foreclosure proceedings against certain real property on which ADAM LEE LALIM and LISA MARIE LALIM fka LISA MARIE SLOWINSKI are mortgagors and U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent is the Mortgagee.  The granting of this Motion would be appropriate for the following reasons:

1. The Debtors, at the time of the filing of their bankruptcy petition on 12/20/2007 were indebted to the movant in the principal sum of $65,922.91, pursuant to a certain promissory note executed on February 28, 2005, which promissory note was in the principal sum of $67,200.00.  The total sum currently due on this obligation is $76,489.58.  This obligation continues to accrue interest at the rate of 7.30% or $13.18 per diem.  The Debtors have made no payments for principal and/or interest since March 22, 2007.  The contractual due date is March 1, 2007. This obligation is secured by a mortgage held by U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent on the Debtor's real property.  This property is more accurately described as follows: **LOTS 9 AND 10 IN BLOCK 74 OF NORTH RAPID ADDITION NO. 2 TO THE CITY OF RAPID CITY, PENNINGTON COUNTY, SOUTH DAKOTA a/k/a 911 Haines Avenue, Rapid City, SD 57701**

2. The Debtors have failed to offer any adequate protection of U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent's interest in the property and have proposed no alternatives to retain the property. Therefore, this Motion to Lift the Automatic Stay should be granted allowing U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent to proceed to foreclose its mortgage.

3. That upon information and belief, the Debtors lack any equity in the subject property and such property is not necessary to effective reorganization.

WHEREFORE, U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent moves that the stay under 11 USC § 362(a) be lifted as against U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent so as to permit it to pursue foreclosure of its mortgage and for such other and further relief as is just and proper.

Creditor requests that in the event the Court grants this Motion, that the temporary 10-day stay following entry of the Relief Order be waived, and Creditor be permitted to immediately enforce and implement the Relief Order.

Dated January 4, 2008.

MACKOFF KELLOGG LAW FIRM
46 West Second Street
P.O. Box 1097
Dickinson, North Dakota  58602-1097
Tel:  (701) 227-1841
SD BAR ID#03080

By: /s/ Glen R. Bruhschwein
       Glen R. Bruhschwein