UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 07-10180<br>Chapter 7 |
| ADAM LEE LALIM<br>and<br>LISA MARIE LALIM<br>fka LISA MARIE SLOWINSKI | **NOTICE OF MOTION FOR RELIEF FROM STAY** |
| Debtors. | |

TO:   DEBTORS, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent has filed papers with the Court asking the Court to grant it relief from the automatic stay. The annexed Motion to Lift Automatic Stay has been filed by the firm of MACKOFF, KELLOGG, KIRBY AND KLOSTER, P.C. whose address is P.O. Box 1097, Dickinson, North Dakota 58602, as attorney for the U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent. You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent relief from the automatic stay, then by **January 17, 2008**, you or your attorney must file with the Bankruptcy Clerk, whose address is 225 S. PIERRE ST., ROOM 203, PIERRE, SD 57501, a typewritten response explaining your position.  You may mail your response to the Clerk, but if you do, you must mail it early enough to ensure the Clerk receives it by this date.  You must also mail a copy of your response to the attorney for the moving party, whose address is shown below, and to the other parties in interest, whose names and addresses may be obtained by contacting the Clerk at (605) 945-4460 (Pierre) or 605-357-2400 (Sioux Falls).

If you file and serve a response by the date stated above, the Court will schedule a hearing and give your written notice of the date, time, and location of that hearing. Otherwise, the Court may decide that you do not oppose the relief requested by U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent and may enter an order granting that relief without holding a hearing.

Dated January 4, 2008.

                                            MACKOFF KELLOGG LAW FIRM

                                            Attorneys for PLAINTIFF
P.O. Box 1097
Dickinson, North Dakota  58602
Tel:  (701) 227-1841
SD BAR ID# 03080

                                            By:  /s/ Glen R. Bruhschwein
                                                  Glen R. Bruhschwein