UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 07-10180 |
| | Chapter 7 |
| ADAM LEE LALIM | |
| and | |
| LISA MARIE LALIM | **CERTIFICATE OF SERVICE** |
| fka LISA MARIE SLOWINSKI | |
| Debtors. | |

    I hereby certify that I caused for a true and correct copy of the foregoing NOTICE OF MOTION FOR RELIEF FROM STAY, annexed MOTION TO LIFT AUTOMATIC STAY, and proposed ORDER to be mailed, by first class mail with postage duly prepaid, on January 4, 2008, to the following persons:

Adam Lalim
911 Haines Avenue
Rapid City, SD 57701

Lisa Lalim
911 Haines Avenue
Rapid City, SD 57701

/s/ Glen R. Bruhschwein
Glen R. Bruhschwein
SD Bar ID # 03080
Attorney for U.S. Bank National Association,
as Trustee c/o Chase Home Finance LLC
as servicing agent