UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>ADAM LEE LALIM<br>and<br>LISA MARIE LALIM<br>fka LISA MARIE SLOWINSKI<br><br>Debtors. | ) Bankruptcy Case No. 07-10180<br>) Chapter 7<br>)<br>)<br>)  **ORDER GRANTING U.S. BANK**<br>)  **NATIONAL ASSOCIATION RELIEF**<br>)  **FROM STAY**<br>)<br>)<br>) |

Upon consideration of the Motion to Lift Automatic Stay filed January 4, 2008, by U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent is granted relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interests in the following real property:

**LOTS 9 AND 10 IN BLOCK 74 OF NORTH RAPID ADDITION NO. 2 TO THE CITY OF RAPID CITY, PENNINGTON COUNTY, SOUTH DAKOTA a/k/a 911 Haines Avenue, Rapid City, SD 57701**

IT IS FURTHER ORDERED the ten-day stay imposed by Fed.R.Bankr.P.4001(a)(3) is waived, and this Order is effective upon entry.

So Ordered: