UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **AMENDMENT TO MAILING** |
| Fka Lisa Marie Slowinski, | ) | **LIST** |
| | ) | |
| Debtors. | ) | |
| | ) | |

Debtors hereby amend their mailing list to correct the address of the following creditor:

**INCORRECT ADDRESS:**
MDU
718 Steele Ave.
Rapid City, SD 57701-2951

**CORRECT ADDRESS:**
MDU
P.O. Box 1060
Rapid City, SD 57709

SPEARS LAW OFFICE, P.C.

Dated: ___1/10/08_____          ___*/s/ Robert L. Spears*_____
Robert L. Spears
Attorney for Debtors
P.O. Box 1476
Watertown, SD  57201
Tele: (605) 886-4980