UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. Case No. 07-10180 |
| ) | Chapter 7 |
| ADAM LEE LALIM, ) | |
| LISA MARIE LALIM, ) | **CERTIFICATE OF SERVICE** |
| Fka Lisa Marie Slowinski, ) | |
| ) | |
| Debtors. ) | |
| ) | |

    I, ROBERT L. SPEARS, the undersigned, hereby certify that a true and correct copy of the AMENDMENT TO MAILING LIST was mailed to the following:

**ELECTRONIC MEANS**
Forrest C. Allred
Chapter 7 Trustee

Bruce J. Gering
Office of U.S. Trustee

**U.S. MAIL**
Adam and Lisa Lalim
908 1st Ave. NE
Watertown, SD 57201

MDU
P.O. Box 1060
Rapid City, SD 57709

by either electronic means or by United States Mail, postage prepaid, directed to their addresses of record on the 10th day of January, 2008.

                                          SPEARS LAW OFFICE, P.C.

                                          ___/s/ *Robert L. Spears*_____
                                          Robert L. Spears
                                          Attorney for Debtors
                                          P.O. Box 1476
                                          Watertown, SD  57201
                                          (605) 886-4980