UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **CERTIFICATE OF SERVICE** |
| Fka Lisa Marie Slowinski, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

    I, ROBERT L. SPEARS, the undersigned, hereby certify that a true and correct copy of the Notice of Chapter 7 Bankruptcy Case and Notice of § 341 Meeting of Creditors was mailed to the following:

        MDU
        P.O. Box 1060
        Rapid City, SD 57709

by United States Mail, postage prepaid, directed to their address of record on the 10th day of January, 2008.

        SPEARS LAW OFFICE, P.C.

        ___*/s/ Robert L. Spears*_____
        Robert L. Spears
        Attorney for Debtors
        P.O. Box 1476
        Watertown, SD  57201
        (605) 886-4980