UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 07-10180 |
| | ) Chapter 7 |
| | ) |
| ADAM LEE LALIM | ) |
| and | ) |
| LISA MARIE LALIM | ) **ORDER GRANTING U.S. BANK** |
| fka LISA MARIE SLOWINSKI | ) **NATIONAL ASSOCIATION RELIEF** |
| | ) **FROM STAY** |
| Debtors. | ) |
| | ) |

Upon consideration of the Motion to Lift Automatic Stay filed January 4, 2008, by U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED U.S. Bank National Association, as Trustee c/o Chase Home Finance LLC as servicing agent is granted relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interests in the following real property:

**LOTS 9 AND 10 IN BLOCK 74 OF NORTH RAPID ADDITION NO. 2 TO THE CITY OF RAPID CITY, PENNINGTON COUNTY, SOUTH DAKOTA a/k/a 911 Haines Avenue, Rapid City, SD 57701**

IT IS FURTHER ORDERED the ten-day stay imposed by Fed.R.Bankr.P.4001(a)(3) is waived, and this Order is effective upon entry.

So Ordered: January 18, 2008.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota