UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankruptcy Case No. 07-10180 |
| ) | Chapter 7 |
| ADAM LEE LALIM ) | |
| AND ) | **MOTION TO LIFT AUTOMATIC STAY** |
| LISA MARIE LALIM ) | |
| a/k/a Lisa Marie Slowinski ) | |
| Debtors. ) | |

AmTrust Bank, hereby moves this Court, pursuant to Rule 4001 and Rule 9014 of the Bankruptcy Rules, and 11 U.S.C. §362(d) and 11 U.S.C. § 362 (a), so as to permit AmTrust Bank to pursue foreclosure proceedings against certain real property on which ADAM LEE LALIM AND LISA MARIE LALIM; a/k/a Lisa Marie Slowinski are mortgagors and AmTrust Bank is the Mortgagee.  The granting of this Motion would be appropriate for the following reasons:

1. The Debtors, at the time of the filing of their bankruptcy petition on 12/20/2007 were indebted to the movant in the principal sum of $75,226.71, pursuant to a certain promissory note executed on August 2, 2004, which promissory note was in the principal sum of $77,000.00.  The total sum currently due on this obligation is $82,583.45.  This obligation continues to accrue interest at the rate of 8.00% or $16.49 per diem.  The Debtors have made no payments for principal and/or interest since May 10, 2007 and then it was backed on 5-14-07 as the ACH transaction was cancelled.  The contractual due date is May 1, 2007. This obligation is secured by a mortgage held by AmTrust Bank on the Debtor's real property.  This property is more accurately described as follows:

    THE NORTH HALF OF LOT ELEVEN AND THE WEST THIRTY-FIVE FEET OF THE NORTH HALF OF LOT TEN IN BLOCK TWENTY OF SCOTTS ADDITION TO THE CITY OF RAPID CITY, PENNINGTON COUNTY, SOUTH DAKOTA

2. The Debtors have failed to offer any adequate protection of AmTrust Bank's interest in the property and have proposed no alternatives to retain the property. Therefore, this Motion to Lift the Automatic Stay should be granted allowing AmTrust Bank to proceed to foreclose its mortgage.

3. That upon information and belief, the Debtors lack any equity in the subject property and such property is not necessary to effective reorganization.

WHEREFORE, AmTrust Bank moves that the stay under 11 USC § 362(a) be lifted as against AmTrust Bank so as to permit it to pursue foreclosure of its mortgage and for such other and further relief as is just and proper.

Creditor requests that in the event the Court grants this Motion, that the temporary 10-day stay following entry of the Relief Order be waived, and Creditor be permitted to immediately enforce and implement the Relief Order.

Dated February 5, 2008.

MACKOFF KELLOGG LAW FIRM
46 West Second Street
P.O. Box 1097
Dickinson, North Dakota  58602-1097
Tel:  (701) 227-1841
SD BAR ID#3080

By: /s/ Glen R. Bruhschwein
      Glen R. Bruhschwein