UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 07-10180 |
| | ) | Chapter 7 |
| | ) | |
| ADAM LEE LALIM | ) | |
| | ) | |
| AND | ) | **NOTICE OF MOTION FOR RELIEF** |
| | ) | **FROM STAY** |
| LISA MARIE LALIM | ) | |
| a/k/a Lisa Marie Slowinski | ) | |
| | ) | |
| Debtors. | ) | |

TO:   DEBTORS, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

AmTrust Bank has filed papers with the Court asking the Court to grant it relief from the automatic stay. The annexed Motion to Lift Automatic Stay has been filed by the firm of MACKOFF, KELLOGG, KIRBY AND KLOSTER, P.C. whose address is P.O. Box 1097, Dickinson, North Dakota 58602, as attorney for the AmTrust Bank. You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant AmTrust Bank relief from the automatic stay, then by **February 19, 2008**, you or your attorney must file with the Bankruptcy Clerk, whose address is 225 S. PIERRE ST., ROOM 203, PIERRE, SD 57501 , a typewritten response explaining your position. You may mail your response to the Clerk, but if you do, you must mail it early enough to ensure the Clerk receives it by this date.  You must also mail a copy of your response to the attorney for the moving party, whose address is shown below, and to the other parties in interest, whose names and addresses may be obtained by contacting the Clerk at (605) 945-4460 (Pierre) or 605-357-2400 (Sioux Falls).

If you file and serve a response by the date stated above, the Court will schedule a hearing and give your written notice of the date, time, and location of that hearing.  Otherwise, the Court may decide that you do not oppose the relief requested by AmTrust Bank and may enter an order granting that relief without holding a hearing.

Dated February 5, 2008.

MACKOFF KELLOGG LAW FIRM

Attorneys for PLAINTIFF
P.O. Box 1097
Dickinson, North Dakota  58602
Tel:  (701) 227-1841
SD BAR ID# 3080

By:  /s/ Glen R. Bruhschwein
        Glen R. Bruhschwein