UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM | ) | |
| AND | ) | **CERTIFICATE OF SERVICE** |
| LISA MARIE LALIM | ) | |
| a/k/a Lisa Marie Slowinski | ) | |
| Debtors. | ) | |

    I hereby certify that I caused for a true and correct copy of the foregoing NOTICE OF MOTION FOR RELIEF FROM STAY, annexed MOTION TO LIFT AUTOMATIC STAY, and proposed ORDER to be mailed, by first class mail with postage duly prepaid, on February 5, 2008, to the following persons:

Adam Lee Lalim  
908 1st Ave NE  
Watertown, SD 57201

Lisa Marie Lalim  
908 1st Ave NE  
Watertown, SD 57201

                                                              /s/ Glen R. Bruhschwein_____  
                                                              Glen R. Bruhschwein  
                                                               SD Bar ID # 3080  
                                                               Attorney for AmTrust Bank