UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **AMENDMENT TO SCHEDULE** |
| Fka Lisa Marie Slowinski, | ) | **B AND SCHEDULE C AND** |
| | ) | **NOTICE OF AMENDMENT** |
| Debtors. | ) | |
| | ) | |

**TO THE COURT, CREDITORS, AND PARTIES IN INTEREST:**

Debtors Adam and Lisa Lalim amend their Schedule B as follows:

1. Revise value of Dacotah bank-money market to $0.00;

1. Revise value of Dacotah bank-checking to $15.83;

2. Revise value of Reliabank-checking to $38.38; and

3. Revise value of pro-rated 2007 tax refund to $3,281.05;

The total amount of personal property following this amendment is $23,620.26.

Debtors Adam and Lisa Lalim amend their Schedule C as follows:

1. Revise value of checking/money market as exempt personal property under SDCL 43-45-4 to the amount of $54.21;

2. Revise value of tax refund as exempt personal property under SDCL 43-45-4 to the amount of $3,281.05, current market value of property without deducting any exemption is $3,281.05;

3. Revise value of equity in 2004 Harley Davidson as exempt personal property under SDCL 43-45-4 in the amount of $189.72, current market value of property without deducting any exemption is $9,440.00;

4. Add Debtor accrued wages at the time of filing as exempt personal property under SDCL 43-45-4 in the amount of $609.50, current market value of property without deducting any exemption is $609.50;

5. Add value of 1995 Nissan Maxima as exempt personal property under

        SDCL 43-45-4 in the amount of $3,050.00, current market value of property without deducting any exemption is $3,050.00; and

6. Add value of 1994 Ford Explorer as exempt personal property under SDCL 43-45-4 in the amount of $195.52, current market value of property without deducting any exemption is $2,175.00.

The total amount of exempt personal property under SDCL 43-45-4 following this amendment is **$10,000.00.**

I declare under penalty of perjury that the information contained in this amendment is true and correct.

Dated: _February 18, 2008.

        ___*/s/ Adam L. Lalim*_____
        Adam L. Lalim, Debtor

        ___*/s/ Lisa M. Lalim*_____
        Lisa Marie Lalim, Joint Debtor

**Your rights may be affected by this amendment.** You should discuss this with your attorney. If you do not have an attorney, you may wish to consult one.

        SPEARS LAW OFFICE, P.C.

Dated: _February, 18, 2008.

        __*/s/ Robert L. Spears*_____
        Robert L. Spears
        Attorney for Debtors
        P.O. Box 1476
        Watertown, SD  57201
        Tele: (605) 886-4980