UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **CERTIFICATE OF SERVICE** |
| Fka Lisa Marie Slowinski, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

    I, ROBERT L. SPEARS, the undersigned, hereby certify that a true and correct copy of the AMENDMENT TO SCHEDULE B AND SCHEDULE C, AND NOTICE OF AMENDMENT was mailed to the individuals listed on the attached mailing list form by United States Mail, postage prepaid, directed to their addresses of record on the 18th day of February, 2008.

SPEARS LAW OFFICE, P.C.


__/s/ *Robert L. Spears*_____
Robert L. Spears
Attorney for Debtors
P.O. Box 1476
Watertown, SD  57201
(605) 886-4980

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0869-1<br>Case 07-10180<br>South Dakota<br>Northern (Aberdeen)<br>Mon Feb 18 16:28:14 CST 2008 | Bankruptcy Clerk's Office<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501-2463 | AAA Collections, Inc.<br>P.O. Box 881<br>Sioux Falls, SD 57101-0881 |
| AmTrust Bank<br>1111 Chester Ave.<br>Cleveland, OH 44114-3545 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Black Hills Power<br>409 Deadwood Ave.<br>P.O. Box 1400<br>Rapid City, SD 57709-1400 |
| Chase Home Finance, LLC<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | Chase Visa<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Dacotah Bank<br>1310 9th Ave. SE<br>Watertown, SD 57201-5302 |
| Don and Cheri Lalim<br>3129 N. Serenity Dr.<br>Watertown, SD 57201-8316 | EMC Mortgage Corp.<br>800 State Hwy. 121 Byp<br>Lewisville, TX 75067-4180 | Eastern Farmers Coop<br>P.O. Box 9<br>Worthington, SD 57077-0009 |
| Frisbee Plumbing & Heating<br>4101 South Minnesota Ave.<br>Sioux Falls, SD 57105-6742 | GMAC<br>P.O. Box 2150<br>Greeley, CO 80632-2150 | Highmark Federal Credit Union<br>P.O. Box 2506<br>Rapid City, SD 57709-2506 |
| James and Jeannette Reed<br>908 W. Kemp<br>Watertown, SD 57201-3355 | LTD Financial Services<br>7322 SU Freeway Suite 1600<br>Houston, TX 77074 | MDU<br>PO Box 1060<br>Rapid City, SD 57709-1060 |
| Mackoff Kellog Law Firm<br>P.O. Box 1097<br>Dickinson, ND 58602-1097 | Michelle Slowinski<br>69471 220th Ave.<br>Kasson, MN 55944-2828 | Minnesota Child Support Payment Center<br>P.O. Box 64326<br>St. Paul, MN 55164-0326 |
| Reiter & Schiller P.A.<br>The Academy of Professional Building<br>25 Dale St. North<br>St. Paul, MN 55102-2227 | SLFC<br>105 1st Ave. SW<br>Aberdeen, SD 57401-4104 | Sioux Valley/Sanford Clinic<br>900 E 54th St. N.<br>P.O. Box 5074<br>Sioux Falls, SD 57117-5074 |
| Target Visa<br>Target National Bank<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 | The Bridge System<br>Hauge Associates<br>2320 W. 49th St.<br>Sioux Falls, SD 57105-6539 | Think Visa<br>P.O. Box 31112<br>Tampa, FL 33631-3112 |
| United Heating & Cooling<br>P.O. Box 731<br>Rochester, MN 55903-0731 | Victoria Secret<br>P.O. Box 182128<br>Columbus, OH 43218-2128 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 |

| | | |
|---|---|---|
| Adam Lee Lalim<br>908 1st Ave. NE<br>Watertown, SD 57201-3706 | Bruce J. Gering<br>Office of the U.S. Trustee<br>230 S Phillips Ave, Suite 502<br>Sioux Falls, SD 57104-6321 | Forrest C. Allred<br>14 Second Ave SE Ste 200<br>Aberdeen, SD 57401-4246 |
| Lisa Marie Lalim<br>908 1st Ave. NE<br>Watertown, SD 57201-3706 | Robert L. Spears<br>PO Box 1476<br>Watertown, SD 57201-6476 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AmTrust Bank           (u)U.S. Bank National Association           End of Label Matrix
                                                                      Mailable recipients    34
                                                                      Bypassed recipients     2
                                                                      Total                  36