UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. Case No. 07-10180 |
|---|---|---|
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **AMENDMENT TO SCHEDULE** |
| Fka Lisa Marie Slowinski, | ) | **D AND NOTICE OF AMENDMENT** |
| | ) | |
| Debtors. | ) | |
| | ) | |

**TO THE COURT AND PARTIES IN INTEREST**:

Debtors Adam and Lisa Lalim amend their Schedule D as follows:

Revise the value of the following claim:

Highmark Federal Credit Union                    $9,250.28
P.O. Box 2506
Rapid City, SD 57709-2506

The total amount of creditors holding secured claims following this amendment is **$312,942.91**.

I declare under penalty of perjury that the information contained in this amendment is true and correct.


Dated: February 18, 2008.            ____*/s/ Adam L. Lalim*_____
                                     Adam Lee Lalim, Debtor


                                     ____*/sl Lisa M. Lalim* _____
                                     Lisa Marie Lalim, Joint Debtor

        **Your rights may be affected by this amendment.**  You should discuss this with your attorney.  If you do not have an attorney, you may wish to consult one.

                                     SPEARS LAW OFFICE, P.C.


Dated: February 18, 2008.            ____*/s/ Robert L. Spears*_____
                                     Robert L. Spears
                                     Attorney for Debtors
                                     P.O. Box 1476
                                     Watertown, SD  57201
                                     Tele: (605) 886-4980