UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **CERTIFICATE OF SERVICE** |
| Fka Lisa Marie Slowinski, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

    I, ROBERT L. SPEARS, the undersigned, hereby certify that a true and correct copy of the AMENDMENT TO SCHEDULE D AND NOTICE OF AMENDMENT was mailed to the following:

**ELECTRONIC MEANS**
Forrest C. Allred
Chapter 7 Trustee

Bruce J. Gering
Office of U.S. Trustee

**U.S. MAIL**
Adam and Lisa Lalim
908 1st Ave. NE
Watertown, SD 57201

Highmark Federal Credit Union
P.O. Box 2506
Rapid City, SD 57709-2506

by either electronic means or by United States Mail, postage prepaid, directed to their addresses of record on the 18th day of February, 2008.

                                                 SPEARS LAW OFFICE, P.C.

                                               ___/s/ *Robert L. Spears*_____
                                               Robert L. Spears
                                               Attorney for Debtors
                                               P.O. Box 1476
                                               Watertown, SD  57201
                                               (605) 886-4980