UNITED STATES BANKRUTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 07-10180 |
| | ) | Chapter 7 |
| | ) | |
| ADAM LEE LALIM | ) | |
| | ) | |
| AND | ) | ORDER GRANTING AMTRUST BANK |
| | ) | RELIEF FROM STAY |
| LISA MARIE LALIM | ) | |
| a/k/a Lisa Marie Slowinski | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of the Motion to Lift Automatic Stay (doc. 12) filed by AmTrust Bank and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED AmTrust Bank is granted relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interests in the following real property:

> THE NORTH HALF OF LOT ELEVEN AND THE WEST THIRTY-FIVE FEET OF THE NORTH HALF OF LOT TEN IN BLOCK TWENTY OF SCOTTS ADDITION TO THE CITY OF RAPID CITY, PENNINGTON COUNTY, SOUTH DAKOTA

IT IS FURTHER ORDERED the ten-day stay imposed by Fed.R.Bankr.P.4001(a)(3) is waived, and this Order is effective upon entry.

So ordered: February 20, 2008.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota