UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **AMENDMENT TO SCHEDULE** |
| Fka Lisa Marie Slowinski, | ) | **C AND NOTICE OF** |
| | ) | **AMENDMENT** |
| Debtors. | ) | |
| | ) | |

**TO THE COURT, CREDITORS, AND PARTIES IN INTEREST:**

Debtors Adam and Lisa Lalim amend their Schedule C as follows:

1. Revise value of tax refund as exempt personal property under SDCL 43-45-4 to the amount of $1,301.57, current market value of property without deducting any exemption is $3,281.05;

2. Revise value of 1994 Ford Explorer as exempt personal property under SDCL 43-45-4 in the amount of $2,175.00, current market value of property without deducting any exemption is $2,175.00.

The total amount of exempt personal property under SDCL 43-45-4 following this amendment is **$10,000.00.**

I declare under penalty of perjury that the information contained in this amendment is true and correct.

Dated: ___**3/03/08**_____

_____*/s/ Adam Lalim*_____
Adam L. Lalim, Debtor


____*/s/ Lisa Lalim*_____
Lisa Marie Lalim, Joint Debtor

**Your rights may be affected by this amendment.** You should discuss this with your attorney.  If you do not have an attorney, you may wish to consult one.

SPEARS LAW OFFICE, P.C.


Dated: ____**3/03/08**_____         ____*/s/ Robert L. Spears*_____
Robert L. Spears
Attorney for Debtors
P.O. Box 1476
Watertown, SD  57201
Tele: (605) 886-4980
E-mail: spearslaw@midconetwork.com