UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | **DEBTORS' MOTION FOR ORDER** |
| LISA MARIE LALIM, | ) | **DIRECTING CLERK OF COURTS** |
| fka Lisa Marie Slowinski, | ) | **TO DISCHARGE JUDGMENTS** |
| | ) | **VOIDED IN BANKRUPTCY** |
| Debtors. | ) | |
| | ) | |

In support of their motion for an order directing the Clerks of Court for the Second Judicial Circuit for the State of South Dakota to discharge judgments voided in bankruptcy, Debtors state that:

1.  When Debtors' Petition was filed on December 20, 2007, the following [or attached] judgment had been rendered or transcripts thereof had been filed, against Debtors:

    Eastern Farmers Coop, judgment for $248.11, plus costs, dated November 21, 2007, Second Judicial Circuit, SMC 07-7548, Minnehaha County, South Dakota.

2.  An Order discharging debts under 11 U.S.C. §727(a) was entered on March 25, 2008; and

3.  The judgments listed above have been voided pursuant to 11 U.S.C. §524(a).

4.  Debtors did not own any non exempt real property on the petition date to which these judgments could attach, and the judgments listed do not represent and did not arise from the enforcement of a valid mechanic's lien, other statutory lien, or a consensual lien that attached to specific real property or personal property pre-petition.

    WHEREFORE, Debtors hereby move the Court for an Order specifying that the above-listed judgment has been voided in bankruptcy and directing the Clerk of Court, in whose office such judgment has been rendered or such transcript thereof has been filed, to enter said order in the judgment docket as provided by S.D.C.L. §15-16-20.

Dated: 3/27/08     By:   ___*/s/ Robert L. Spears*_____
                         Robert L. Spears
                         Attorney for Debtors
                         P.O. Box 1476
                         Watertown, SD  57201
                         (605) 886-4980
                         E-mail: spearslaw@midconetwork.com