UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | **NOTICE OF MOTION FOR ORDER** |
| LISA MARIE LALIM, | ) | **DIRECTING CLERK OF COURTS** |
| fka Lisa Marie Slowinski, | ) | **TO DISCHARGE JUDGMENTS** |
| | ) | **VOIDED IN BANKRUPTCY** |
| Debtors. | ) | |
| | ) | |

**TO ALL PARTIES IN INTEREST:**

Debtors, Adam and Lisa Lalim, filed papers with the Court to discharge the judgment against them Eastern Farmers Coop of Worthing, South Dakota. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney. If you do not have any attorney, you may wish to consult one.

If you do not want the Court to discharge your judgment, then by April 11, 2008, you or your attorney must file with the Bankruptcy Clerk, whose address is 225 S. Pierre St., Room 203, Pierre, SD 57501, a typewritten response explaining your position. You may mail your response to the Clerk, but if you do, you must mail it early enough to ensure the Clerk receives it by this date. You or your attorney must also mail a copy of your response to Debtors' attorney, whose address is shown below, and to the other parties in interest, whose names and addresses may be obtained by contacting the Clerk at (605) 945-4460.

If you file and serve a response by the date stated above, the Court will schedule a hearing and give you written notice of the date, time, and location of that hearing. Otherwise, the Court may decide that you do not oppose the relief requested by Debtors and may enter an order granting that relief without holding a hearing.

Dated: __3/27/08_____          By: __*/s/ Robert L. Spears*_____
                                   Robert L. Spears
                                   Attorney for Debtors
                                   P.O. Box 1476
                                   Watertown, SD  57201
                                   Ph: (605) 886-4980
                                   E-mail: spearslaw@midconetwork.com