UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | |
| LISA MARIE LALIM, | ) | **CERTIFICATE OF SERVICE** |
| fka Lisa Marie Slowinski, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

      I hereby certify that on the 27th day of March, 2008, I served a true and correct copy of the Debtors' Motion for Order Directing Clerk of Court to Discharge Judgment Voided in Bankruptcy, the Notice concerning the same and a copy of this Certificate of Service, by either electronic means or by depositing a copy thereof in United States mail, postage for first class mail prepaid, in an envelope addressed to:

**ELECTRONIC MEANS**
Forrest C. Allred
Chapter 7 Trustee

Bruce J. Gering
Office of U.S. Trustee

**U.S. MAIL**
Adam and Lisa Lalim
908 1st Ave. NE
Watertown, SD 57201

Eastern Farmers Coop
P.O. Box 9
Worthing, SD 57077

                                        SPEARS LAW OFFICE, P.C.

                              By:    ___*/s/ Robert L. Spears*_____
                                        Robert L. Spears
                                        Attorney for Debtors
                                        P.O. Box 1476
                                        Watertown, SD  57201
                                        Ph: (605) 886-4980
                                        E-mail: spearslaw@midconetwork.com