UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. No. 07-10180 |
| --- | --- | --- |
|  | ) | Chapter 7 |
| ADAM LEE LALIM, | ) |  |
| LISA MARIE LALIM, | ) | ORDER DIRECTING CLERK |
| fka Lisa Marie Slowinski, | ) | OF COURTS TO DISCHARGE |
|  | ) | JUDGMENTS VOIDED |
| Debtors. | ) | IN BANKRUPTCY |
|  | ) |  |

Upon consideration of Debtors' Motion for Order Directing Clerk of Court to Discharge Judgment Voided in Bankruptcy (doc. 21) and the record before the Court; and it appearing that no timely objection to the Motion has been filed, and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors' personal liability under the following judgment has been discharged in bankruptcy:

Eastern Farmers Coop, judgment for $248.11, plus costs, dated November 21, 2007, Second Judicial Circuit, SMC 07-7548, Minnehaha County, South Dakota.

IT IS FURTHER ORDERED pursuant to S.D.C.L. §15-16-20 the Clerk of Court in which the above judgments was rendered, or transcripts thereof have been filed, shall enter a certified copy of this Order in the Clerk's judgment docket.

IT IS FURTHER ORDERED pursuant to S.D.C.L. §15-16-20 said entries shall discharge Debtors from their personal liability under the judgment specified from and after the date of entry. Nothing in this Order shall affect any valid lien that attached to Debtors' property pre-petition.

So ordered: April 14, 2008.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota