UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | Chapter 7 |
| ADAM LEE LALIM, | ) | **SUPPLEMENTAL** |
| LISA MARIE LALIM, | ) | **CERTIFICATE OF SERVICE** |
| fka Lisa Marie Slowinski, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

I hereby certify that on the 15th day of April, 2008, I served a true and correct copy of the Order Directing Clerk of Court to Discharge Judgment Voided in Bankruptcy by either electronic means or by depositing a copy thereof in United States mail, postage for first class mail prepaid, in an envelope addressed to:

**U.S. MAIL**
Minnehaha County Clerk of Court
425 N. Dakota Ave.
Sioux Falls, SD 57104

          SPEARS LAW OFFICE, P.C.

By:    */s/ Robert L. Spears*
      Robert L. Spears
      Attorney for Debtors
      P.O. Box 1476
      Watertown, SD  57201
      Ph: (605) 886-4980
      E-mail: spearslaw@midconetwork.com