SD-4000 (rev'd 11/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| IN RE: | CASE NO. 07-10180 |
|---|---|
| ADAM LEE LALIM | CHAPTER 7 |
| LISA MARIE LALIM<br> - f/k/a Lisa Marie Slowinski | TRUSTEE'S FINAL REPORT<br>AND PROPOSED DISTRIBUTION |
| Debtors. | |

Having been appointed trustee of the estate of the above-named debtors, I submit the following Final Report and Proposed Distribution:

1.  Attached hereto as Form 1 is an accounting of my disposition of all property of the estate.

2.  Attached hereto as Form 2 is an itemized statement of my receipts and disbursements showing total receipts of $1,980.36, disbursements of $0.00 and a balance on hand of $1,980.36. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to applicable section(s) of the Bankruptcy Code.

3.  I have examined all proofs of claim, and all objections to such proofs of claim have been determined by the Court or settled by the parties. I have attached copies of any such orders and settlements.

4.  I propose to pay the following liens or other interests in property of the estate, totaling $0.00 (not including interim disbursements reported on Form 2):

    NONE

5.  The maximum allowable trustee compensation is $495.09. I have received $0.00 for interim compensation and $0.00 for reimbursement of interim expenses, and request an additional $495.09 for final compensation and an additional $4.46 for final reimbursement of expenses.

6.  I propose to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. § 726 as follows:

    (a)  $ 499.55 for administrative expenses not previously disbursed, including trustee compensation and reimbursement requested in paragraph 5, court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below:

SD-4000 (rev'd 11/00)

| Name of Entity | Type of Expense or Service | Amount Requested | Proposed Allowance |
|---|---|---|---|
| Trustee | Compensation | 495.09 | 495.09 |
| Trustee | Expenses | 4.46 | 4.46 |

(b) $0.00 for priority creditors, in the order specified in § 507(a)(2)-(9),

(c) $1,480.81 for unsecured creditors allowed in the total amount of $43,107.99, yielding a dividend of 3.44%, as itemized below:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be Paid |
|---|---|---|---|
| SLFC | 1 | 27,611.02 | 948.46 |
| Dacotah Bank | 3 | 200.00 | 6.87 |
| CHASE BANK USA | 4 | 3,140.78 | 107.89 |
| TARGET NATIONAL BANK | 5 | 8,385.77 | 288.06 |
| AAA Collections, Inc. | 6 | 641.00 | 22.02 |
| MDU | 7 | 153.00 | 5.26 |
| Think Mutual Bank | 8 | 2,476.42 | 85.07 |
| Think Mutual Bank | 9 | 500.00 | 17.18 |

7.  My distribution of gross receipts of $1,980.36 from liquidation of all property of the estate is summarized below:

| | | |
|---|---|---|
| $ 495.09 | a. | Trustee Compensation |
| $ 0.00 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 0.00 | d. | Other Professionals |
| $ 4.46 | e. | All expenses, including Trustee, Notice and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 1,480.81 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, except to Debtor |
| $ 1,980.36 | j. | SUBTOTAL (sum of lines a through i) |
| $ 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ 1,980.36 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.  I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I have examined all proofs of claims as appropriate under the proposed distribution, that the proposed distribution is proper, and consistent with the law and rules of the Court, and that I have no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

SD-4000 (rev'd 11/00)

      WHEREFORE, I request that this Final Report and Proposed Distribution be accepted and that the Court approve the compensation and expenses proposed herein.

Dated: <u>June 30, 2008</u>             <u>/s/ Forrest C. Allred</u>
                                         Forrest C. Allred
                                         14 2nd Ave SE, Suite 200
                                         Aberdeen, SD 57401
                                         Phone (605) 225-3933
                                         Fax (605) 226-3371
                                         e-mail: forrest.allred@gmail.com

<u>REVIEW BY UNITED STATES TRUSTEE</u>

     I have reviewed the trustee's Final Report and Proposed Distribution.

                                         HABBO G. FOKKENA
                                         UNITED STATES TRUSTEE
                                         Region 12

Dated:<u>                        </u>                       By:<u>/s/ Craig Bumann</u>

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 07-10180  
**Case Name:** LALIM, ADAM LEE  
LALIM, LISA MARIE  
**Period Ending:** 06/26/08

**Trustee:** (610080)   Forrest Allred  
**Filed (f) or Converted (c):** 12/20/07 (f)  
**§341(a) Meeting Date:** 01/24/08  
**Claims Bar Date:** 05/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>908 1st Ave. NE, Watertown, SD - HOMESTEAD | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL PROPERTY<br>517 7th St. SE, Rochester, MN 55904, | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL PROPERTY<br>911 Haines Ave, Rapid City, SD 57701 - IN FORECLOSURE | 79,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | REAL PROPERTY<br>910 Silver St., Rapid City, SD 57701 - SALE PENDING for $74,900 | 78,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>Dakota Bank money market acct #441027059 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | BANK ACCOUNTS<br>Dakota Bank checking acct #722480 | 15.83 | 0.00 | DA | 0.00 | FA |
| 8 | BANK ACCOUNTS<br>Reliabank checking acct #174882 | 38.38 | 0.00 | DA | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS | 950.00 | 0.00 | DA | 0.00 | FA |
| 10 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | FURS & JEWELRY | 1,400.00 | 0.00 | DA | 0.00 | FA |

Printed: 06/26/2008 03:39 PM   V.10.03

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 07-10180 | Trustee: | (610080) Forrest Allred |
|---|---|---|---|
| Case Name: | LALIM, ADAM LEE | Filed (f) or Converted (c): | 12/20/07 (f) |
| | LALIM, LISA MARIE | §341(a) Meeting Date: | 01/24/08 |
| Period Ending: | 06/26/08 | Claims Bar Date: | 05/29/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | AUTOMOBILES AND OTHER VEHICLES<br>2002 Polaris Sportsman 700 four-wheeler, damaged | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRAS, PENSION PLANS AND PROFIT SHARING<br>IRA Ameriprize Acct# xxxx-xxxx-7001 Scott Dagel' | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRAS, PENSION PLANS AND PROFIT SHARING<br>IRA Ameriprize Acct#xxxx-xxxx-0001, Scott Dagel' | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | TAX REFUNDS | 3,281.05 | 1,979.48 | | 1,979.48 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES<br>1995 Nissan Maxima (NADA) ($4k loan) | 3,050.00 | 0.00 | DA | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES<br>1982 Chevy pickup C10  ton, 4wd (no NADA value, | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES<br>1947 Ford pickup (does not run) | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | AUTOMOBILES AND OTHER VEHICLES<br>1994 Ford Explorer (NADA) ($2,600 loan) | 2,175.00 | 0.00 | DA | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES<br>2004 Harley Davidson Fat Boy (NADA) | 9,440.00 | 0.00 | DA | 0.00 | FA |
| 21 | AUTOMOBILES AND OTHER VEHICLES<br>2001 Open trailer for four-wheeler | 150.00 | 0.00 | DA | 0.00 | FA |
| 22 | ACCRUED WAGES  (u) | 609.50 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 07-10180  
**Case Name:** LALIM, ADAM LEE  
LALIM, LISA MARIE  
**Period Ending:** 06/26/08

**Trustee:** (610080)   Forrest Allred  
**Filed (f) or Converted (c):** 12/20/07 (f)  
**§341(a) Meeting Date:** 01/24/08  
**Claims Bar Date:** 05/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST  (u) | Unknown | N/A | | 0.88 | Unknown |
| 23 | **Assets  Totals** (Excluding unknown values) | **$331,229.76** | **$1,979.48** | | **$1,980.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 29, 2008        **Current Projected Date Of Final Report (TFR):** June 29, 2008

Printed: 06/26/2008 03:39 PM     V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-10180  
**Case Name:** LALIM, ADAM LEE  
LALIM, LISA MARIE  
**Taxpayer ID #:** 13-7589915  
**Period Ending:** 06/26/08

**Trustee:** Forrest Allred (610080)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****82-65 - Money Market Account  
**Blanket Bond:** $23,214,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/08 | {15} | Adam L. or Lisa Lalim | excess exemptions | 1124-000 | 1,979.48 | | 1,979.48 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.01 | | 1,979.49 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.36 | | 1,979.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.27 | | 1,980.12 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,980.36 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,980.36 | 0.00 | $1,980.36 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,980.36 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,980.36** | **$0.00** | |

{} Asset reference(s)

Printed: 06/26/2008 03:39 PM   V.10.03

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 07-10180 | **Trustee:** Forrest Allred (610080) |
| **Case Name:** LALIM, ADAM LEE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| LALIM, LISA MARIE | **Account:** ***-*****82-66 - Checking Account |
| **Taxpayer ID #:** 13-7589915 | **Blanket Bond:** $23,214,000.00 (per case limit) |
| **Period Ending:** 06/26/08 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****82-65** | 1,980.36 | 0.00 | 1,980.36 |
| **Checking # ***-*****82-66** | 0.00 | 0.00 | 0.00 |
| | $1,980.36 | $0.00 | $1,980.36 |

{} Asset reference(s)

# Expense Worksheet

**Period: 01/01/00 - 06/26/08**
**Trustee: Forrest Allred (610080)**

| | |
|---|---|
| **Case Number:** 07-10180 | **Case Name:** LALIM, ADAM LEE |
| **Case Type:** Assets | **Judge:** |
| **Petition Date:** 12/20/07 | **341a Meeting:** 01/24/08  09:30 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/23/08 | TML vehicle title search | 1.00 | $1.100 | $1.10 |
| 06/26/08 | distribution checks | 8.00 | $0.420 | $3.36 |

**Total for case 07-10180:** $4.46

**Grand Total:** $4.46