SD-4000 (rev'd 11/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| IN RE: | CASE NO. 07-10180 |
| ADAM LEE LALIM | CHAPTER 7 |
| LISA MARIE LALIM | |
| - f/k/a Lisa Marie Slowinski | |
| DEBTORS | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to FRBP 2002(a)(6) and 2002(f)(8), please take notice that Forrest Allred trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,980.36 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 1,980.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Applicant or Reason* | *Fees* | *Expenses* |
|---|---|---|
| Forrest Allred  Trustee | 495.09 | |
| Forrest Allred  Trustee | | 4.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid *pro rata* in advance of any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00 percent. Allowed priority claims are:  NONE

Claims of general unsecured creditors totaling $43,107.99, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.44 percent. Allowed general unsecured claims are as follows:

| *Claim No.* | *Claimant* | *Allowed Amt of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | SLFC | 27,611.02 | 948.46 |
| 3 | Dacotah Bank | 200.00 | 6.87 |
| 4 | CHASE BANK USA | 3,140.78 | 107.89 |
| 5 | TARGET NATIONAL BANK | 8,385.77 | 288.06 |
| 6 | AAA Collections, Inc. | 641.00 | 22.02 |
| 7 | MDU | 153.00 | 5.26 |
| 8 | Think Mutual Bank | 2,476.42 | 85.07 |
| 9 | Think Mutual Bank | 500.00 | 17.18 |

The Trustee's Final Report and all applications for compensation may be obtained from the applicant, or are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court. Any person wishing to object to any fee application, or the Final Report, must file a written objection no later than

SD-4000 (rev'd 11/00)

July 28, 2008 together with a request for a hearing, and serve a copy of both upon the trustee, any party whose application is being challenged, and the United States Trustee at the Bankruptcy Clerk Office, whose address is 225 S. Pierre St., Room 203, Pierre, SD 57501. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of Court.

    Dated: this 27th day of June, 2008.

By:   /s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE Suite 200
Phone (605) 225-3933
Fax (605) 226-3371
forrest.allred@gmail.com