SD-4000 (rev'd 11/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| IN RE: | CASE NO. 07-10180 |
| ADAM LEE LALIM | CHAPTER 7 |
| LISA MARIE LALIM<br>- f/k/a Lisa Marie Slowinski | |
| DEBTORS | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to FRBP 2002(a)(6) and 2002(f)(8), please take notice that Forrest Allred trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $    1,980.36 |
| *and approved disbursements of* | $    0.00 |
| *leaving a balance of* | $    1,980.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Applicant or Reason* | *Fees* | *Expenses* |
|---|---|---|
| Forrest Allred  Trustee | 495.09 | |
| Forrest Allred  Trustee | | 4.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid *pro rata* in advance of any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00 percent. Allowed priority claims are: NONE

Claims of general unsecured creditors totaling $43,107.99, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.44 percent. Allowed general unsecured claims are as follows:

| *Claim No.* | *Claimant* | *Allowed Amt of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | SLFC | 27,611.02 | 948.46 |
| 3 | Dacotah Bank | 200.00 | 6.87 |
| 4 | CHASE BANK USA | 3,140.78 | 107.89 |
| 5 | TARGET NATIONAL BANK | 8,385.77 | 288.06 |
| 6 | AAA Collections, Inc. | 641.00 | 22.02 |
| 7 | MDU | 153.00 | 5.26 |
| 8 | Think Mutual Bank | 2,476.42 | 85.07 |
| 9 | Think Mutual Bank | 500.00 | 17.18 |

The Trustee's Final Report and all applications for compensation may be obtained from the applicant, or are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court. Any person wishing to object to any fee application, or the Final Report, must file a written objection no later than

SD-4000 (rev'd 11/00)

July 28, 2008 together with a request for a hearing, and serve a copy of both upon the trustee, any party whose application is being challenged, and the United States Trustee at the Bankruptcy Clerk Office, whose address is 225 S. Pierre St., Room 203, Pierre, SD 57501. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of Court.

    Dated: this 27th day of June, 2008.

By:   /s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE Suite 200
Phone (605) 225-3933
Fax (605) 226-3371
forrest.allred@gmail.com

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0869-1              User: msemm                 Page 1 of 1              Date Rcvd: Jun 30, 2008
Case: 07-10180                    Form ID: pdf1               Total Served: 33

The following entities were served by first class mail on Jul 02, 2008.
 db          +Adam Lee Lalim,    908 1st Ave. NE,    Watertown, SD 57201-3706
 db          +Lisa Marie Lalim,    908 1st Ave. NE,    Watertown, SD 57201-3706
858535      +AAA Collections, Inc.,    P.O. Box 881,    Sioux Falls, SD 57101-0881
858536      +AmTrust Bank,    1111 Chester Ave.,    Cleveland, OH 44114-3545
858537       Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
858538      +Black Hills Power,    409 Deadwood Ave.,    P.O. Box 1400,    Rapid City, SD 57709-1400
867520      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
858540      +Chase Home Finance, LLC,    P.O. Box 509011,    San Diego, CA 92150-9011
858541       Chase Visa,    P.O. Box 15298,    Wilmington, DE 19850-5298
858542      +Dacotah Bank,    1310 9th Ave. SE,    Watertown, SD 57201-5302
858543      +Don and Cheri Lalim,    3129 N. Serenity Dr.,    Watertown, SD 57201-8316
858545      +EMC Mortgage Corp.,    800 State Hwy. 121 Byp,    Lewisville, TX 75067-4180
858544      +Eastern Farmers Coop,    P.O. Box 9,    Worthington, SD 57077-0009
858546      +Frisbee Plumbing & Heating,    4101 South Minnesota Ave.,    Sioux Falls, SD 57105-6742
858547      +GMAC,    P.O. Box 2150,    Greeley, CO 80632-2150
858548       Highmark Federal Credit Union,    P.O. Box 2506,    Rapid City, SD 57709-2506
858549      +James and Jeannette Reed,    908 W. Kemp,    Watertown, SD 57201-3355
858550       LTD Financial Services,    7322 SU Freeway Suite 1600,    Houston, TX 77074
858552      +MDU,    PO Box 1060,    Rapid City, SD 57709-1060
858551       Mackoff Kellog Law Firm,    P.O. Box 1097,    Dickinson, ND 58602-1097
858553      +Michelle Slowinski,    69471 220th Ave.,    Kasson, MN 55944-2828
858554       Minnesota Child Support Payment Center,    P.O. Box 64326,    St. Paul, MN 55164-0326
858562       Reiter & Schiller P.A.,    The Academy of Professional Building,    25 Dale St. North,
              St. Paul, MN 55102-2227
858556      +SLFC,    105 1st Ave. SW,    Aberdeen, SD 57401-4104
858555       Sioux Valley/Sanford Clinic,    900 E 54th St. N.,    P.O. Box 5074,    Sioux Falls, SD 57117-5074
869342      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
858557      +Target Visa,    Target National Bank,    P.O. Box 1581,    Minneapolis, MN 55440-1581
858539      +The Bridge System,    Hauge Associates,    2320 W. 49th St.,    Sioux Falls, SD 57105-6539
872101      +Think Mutual Bank,    PO Box 7194,    Rochester, MN 55903-7194
858558       Think Visa,    P.O. Box 31112,    Tampa, FL 33631-3112
858559      +United Heating & Cooling,    P.O. Box 731,    Rochester, MN 55903-0731
858560      +Victoria Secret,    P.O. Box 182128,    Columbus, OH 43218-2128
858561       Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           AmTrust Bank
 cr           U.S. Bank National Association
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 02, 2008**          Signature:  *Joseph Speetjens*