UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 07-10180 |
| | ) | |
| ADAM LEE LALIM | ) | Chapter 7 |
| AND | ) | |
| LISA MARIE LALIM | ) | **ORDER ALLOWING** |
| f/k/a Lisa Marie Slowinski | ) | **ADMINISTRATIVE EXPENSES** |
| | ) | |
| Debtors. | ) | |

    Upon consideration of Trustee Allred's Final Report and Proposed Distribution (doc. 27) and the record before the Court; and it appearing no objection was timely filed after appropriate notice; and for cause shown; now, therefore,

    IT IS HEREBY ORDERED the following parties shall be awarded administrative expenses as follows:

| | | |
|---|---|---:|
| Forrest C. Allred, Trustee's Compensation | $ | 495.09 |
| Forrest C. Allred, Trustee's Expenses | $ | 4.46 |

    So ordered: August 5, 2008.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota