UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

IN RE:

ADAM LEE LALIM

LISA MARIE LALIM
 -   fka Lisa Marie Slowinski

DEBTOR

CASE NO.:  07-10180

CHAPTER 7

TRUSTEE'S FINAL ACCOUNT,
CERTIFICATION, AND
APPLICATION FOR DISCHARGE

Having been appointed Trustee of the estate of the above-named debtor(s) I hereby certify to the Court and the United States Trustee that this estate has been fully administered.  I have filed my Trustee's Final Report and Proposed Distribution and made all disbursements proposed therein, plus accrued interest, in the amount of. $0.53.  My distribution of gross receipts, including accrued interest, of $1,980.89 is summarized below:

| | | |
|---|---|---|
| $ 495.09 | a. | Trustee Compensation |
| $ 0.00 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 0.00 | d. | Other Professionals |
| $ 4.46 | e. | All expenses, including Trustee, Notice and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 1,481.34 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, except to Debtor |
| $ 1,980.89 | j. | SUBTOTAL (sum of lines a through i) |
| $ 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ 1,980.89 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

I have submitted all original bank statements, including the final bank statement and Form2 showing a zero balance, all original deposit slips, all original cancelled checks, and Forms 1 and 4 to the United States Trustee.

WHEREFORE pursuant to FRBP 5009, I request that this Final Account, Certification, and Application for Discharge be accepted, and that I be discharged from any further duties as trustee.

Dated:   September 30, 2008

/s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Phone (605) 225-3933
Fax (605) 226-3371
forrest.allred@gmail.com

## REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12


Dated: _____    By: _/s/ Craig Bumann_____