Form oclscs

# United States Bankruptcy Court

District of South Dakota

In re:

**Adam Lee Lalim**
**Lisa Marie Lalim**
fka Lisa Marie Slowinski

Case Number: 07−10180
Chapter: 7

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Forrest C. Allred has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IT FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 11/25/08

BY THE COURT

Charles L. Nail, Jr.
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0869-1          User: msemm              Page 1 of 1              Date Rcvd: Nov 25, 2008
Case: 07-10180                Form ID: oclscs          Total Served: 2

The following entities were served by first class mail on Nov 27, 2008.
db           +Adam Lee Lalim,    908 1st Ave. NE,   Watertown, SD 57201-3706
db           +Lisa Marie Lalim,    908 1st Ave. NE,   Watertown, SD 57201-3706

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2008**                    Signature:   *Joseph Speetjens*